■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH PATTERSON, Appellant. [44 NYS3d 764]—Application by

the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 25, 2010 (*People v Patterson*, 73 AD3d 1215 [2010]), affirming a judgment of the County Court, Dutchess County, rendered November 5, 2008.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Leventhal, Cohen and Barros, JJ., concur.